UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN

| | |
|---|---|
| GARRY COMLEY, an individual; LYNDA COMLEY, an individual,<br><br>            Plaintiffs,<br><br>v.<br><br>GIANT INLAND EMPIRE RV CENTER, INC., a California corporation; THOR MOTOR COACH, INC., a Delaware corporation; FREIGHTLINER CUSTOM CHASSIS CORPORATION, a Delaware corporation; WESTERN GENERAL INSURANCE COMPANY, a California corporation; AMERICAN HARDWARE MUTUAL INSURANCE COMPANY, a Minnesota corporation; DOES 1 through 100, inclusive,<br><br>            Defendants.<br>_____ | CASE NO.: 5-13-cv-00992-GAF (OPx)<br>(Removed from Riverside Superior Court, Case No. MCC1300564)<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS GIANT INLAND EMPIRE RV CENTER, INC., THOR MOTOR COACH, INC., AND FREIGHTLINER CUSTOM CHASSIS CORPORATION** |

The Court, having granted, by order dated May 13, 2014, the motions for summary judgment of defendants Giant Inland Empire RV Center, Inc., Thor Motor Coach, Inc., and Freightliner Custom Chassis Corporation,

/ / / /

/ / / /

/ / / /

JUDGMENT IS HEREBY ENTERED in favor of defendants Giant Inland Empire RV Center, Inc., Thor Motor Coach, Inc., and Freightliner Custom Chassis Corporation and against plaintiffs Garry Comley and Lynda Comley. Defendants shall recover their costs.

Dated: May 29, 2014

_____
Hon. Gary A Feess
Judge of the United States District Court